**William Douglas DAWSON, Jr., Plaintiff–Appellant,**

v.

**Captain Rhonda ABSTON; Warden Michael McCall; Assistant Warden Florence Mauney; Assistant Warden Denis Bush, Defendants–Appellees,**

and

**South Carolina Department of Correction, Defendant.**

No. 13–8059.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

William Douglas Dawson, Jr., Appellant Pro Se. Lisa Arlene Thomas, Thompson & Henry, PA, Conway, South Carolina, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Douglas Dawson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying Dawson's request for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dawson v. Abston,* No. 4:13–cv–01366–DCN–TER, 2013 WL 6528838 (D.S.C. Dec. 12, 2013) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*